UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **KOSSI DEGBE,**<br>**Plaintiff** | **CIVIL DOCKET NO. 1:21-CV-00241-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **KEITH DEVILLE, ET AL,**<br>**Defendants** | **MAGISTRATE JUDGE JOSEPH H.L.**<br>**PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 20], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Plaintiff's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1] and Motions for Preliminary Injunction [ECF Nos. 2, 10] are DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS, DONE AND SIGNED in Chambers on this 30th day of July 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE